**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **TERI NOTORANGELO,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **Case No. 4:07CV570-DJS** |
| ) | |
| **FEDERAL EXPRESS CORPORATION,** ) | |
| ) | |
| **Defendant.** ) | |

<u>**JUDGMENT**</u>

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment

is entered in favor of defendant, and against plaintiff, on all

claims asserted in plaintiff's petition.

Dated this <u>  7th  </u> day of October, 2008.

<u>/s/Donald J. Stohr            </u>
UNITED STATES DISTRICT JUDGE